LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                      FAX (212) 964-2926

November 22, 2021

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*Sentencing is adjourned until January 28, 2022 at 11:00 am.*
*A. K. Hellerstein*
*11-29-2021*

Re: *United States v. Warren Bartley*,
16 Cr. 842 (AKH)

Your Honor:

     I write to request an adjournment of Warren Bartley's sentencing which is currently scheduled for December 10, 2021 to a date in mid-late January, 2022. Mr. Bartley is incarcerated in Essex County jail and it has been difficult to schedule a meeting with him as well as a probation interview for an update of his pre-sentence report.

     The government, by Matthew Podolsky, Esq. consents to this application. Therefore, I request that the Court adjourn the sentencing to a date in mid-late January, 2022 as well as directing that the deadlines for production of the pre-sentence report be adjusted accordingly.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN