LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                          FAX (212) 964-2926

March 5, 2022

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*Sentencing is adjourned until April 27, 2022 at 2:30pm.*

/s/ A.K. Hellerstein 3/15/2022

Re: *United States v. Warren Bartley,*
**16 Cr. 842 (AKH)**

Your Honor:

    I write to request an adjournment of Warren Bartley's sentencing which is currently scheduled for March 22, 2022 to a date in mid/late April, 2022. Mr. Bartley is incarcerated in Essex County jail which is still only permitting limited counsel visits due to covid. Visits are conducted in a booth where lawyer and client are separated by thick plexiglass and can barely hear one another. As a result, I am unable to review Mr. Bartley's final pre-sentence report with him and prepare a sentencing submission on his behalf.
    Anticipating that normal counsel visits will resume soon, I request an adjournment to a date in mid/late of April, 2022.
    The government, by Matthew Podolsky, Esq. consents to this application.

Respectfully,

Lisa Scolari

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN